## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH CO.,<br><br>Defendant. | Civil Action No.: 19-cv-09114-LAK-SN |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff James Smith hereby dismisses without prejudice all claims against Defendant Abercrombie & Fitch Co.

Dated:  New York, New York
        October 28, 2019

*/s/ Philip L. Fraietta*
Philip L. Fraietta

**BURSOR & FISHER, P.A.**

Joseph I. Marchese
Philip L. Fraietta
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email:  jmarchese@bursor.com
        pfraietta@bursor.com

*Attorneys for Plaintiff*